Case 1:09-cv-01295-RJL    Document 1    Filed 07/13/2009    Page 1 of 3 **FILED**

Strunk v.  ᴗ Department of Commerce Bureau oɪ ᴄᴇ..sus et al. DCD    **JUL 13 2009**

Clerk, U.S. District and



In Care of:
593 Vanderbilt Avenue - 281
Brooklyn, New York
Zip Code exempt DMM 122-32
Phone: 845-901-6767
Christopher-Earl: Strunk © in esse
Not a corporation - a Living-Soul



# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA        Civil Ac**ᵗⁱ⁻⁻ ⁿ⁻⁻**

---

In the matter of the 2010 Census Allotment of U.S. Hous
to disproportionately dilute and diminish the Vote Streng

Case: 1:09-cv-01295
Assigned To : Leon, Richard J.
Assign. Date : 7/13/2009
Description: 3-Judge Court

**Christopher-Earl : Strunk in esse, and the CHRISTO**
**(aka "CHRIS") STRUNK jus tertii People,**

                **Plaintiff,**   :

        **v.**   :

**UNITED STATES DEPARTMENT OF COMMERCE**   :
**BUREAU OF THE CENSUS (BOC), CARLOS GUTIERREZ**   :
(the Secretary of Commerce ), **THE CITY OF NEW YORK**   :
(NYC), **MICHAEL BLOOMBERG** (Mayor of NYC),   :
The **NEW YORK PROVINCE OF THE SOCIETY OF JESUS**   :
(NYSJ); **FR. GERALD CHOJNACKI, S.J.**, Provincial of NYSJ,   :
**UNITED STATES DEPARTMENT OF HOMELAND**   :
**SECURITY (DHS), JANET NAPOLITANO** (Secretary of DHS),   :
**UNITED STATES HOUSE OF REPRESENTATIVES** (House),   :
**NANCY PELOSI** (the Speaker of the House), **the States of ;**   :
**CALIFORNIA, TEXAS, MARYLAND, HAWAII;**   :
**MARYLAND PROVINCE OF THE SOCIETY OF JESUS** (MPSJ);   :
**TIMOTHY B. BROWN** (MPSJ Provincial), **Barry Soetoro** in esse :
(a.k.a. **BARACK HUSSEIN OBAMA), JOHN DOE(S),**   :
**JANE DOE(S) AND XYZ ENTITIES**   :
                **Defendants.**   :
                          :

**VERIFIED**
**COMPLAINT**

**with PETITION for**
**28 U.S.C. §2284 PANEL**
**TRO, INJUNCTION**
**with DECLARATORY**
**for a 28 USC §2284**
**JUDGMENT for**
**EQUITY RELIEF**

---------------------------------------------------------------x

Plaintiff Christopher-Earl: Strunk in esse, and by act of the State Legislature CHRIS STRUNK jus

tertii (Strunk, Plaintiffs) petition for: (i) a three judge panel use of 28 U.S.C. §2284 to hear the New

York Statewide and nationwide complaint of spiritual and temporal injuries caused by caption

defendants' conduct of the decennial 2010 Census with state action with Federal agents as to

*Bivens*, (ii) a temporary restraining order with injunction equity relief in the 2010 Census Count,

Strunk v. US Department of Commerce Bureau of Census et al. DCD

(iii) a declaratory judgment that according to the plenary power of Congress in U.S. Constitution Article 1 Section 8, "Tourists" per se as would be defined in the *Immigration and Naturalization Act of 1965* (INA) are not permanent residents, therefore, not counted in the Census for the purpose of the 2010 Census allotment of U.S. House representatives to the people of a state of the several states; (iv) a declaratory judgment on resident suffrage in Washington D.C. within Maryland as of right; (v) a declaratory judgment on reparations for those who have suffered by the Jesuits and their agents; and Strunk alleges seven causes of action against each entity and named agent or yet to be named individually and in official capacity based upon information and belief that:

## JURISDICTION

1.    The causes of action arise in conjunction to the decennial 2010 Census in Federal Statutes 13 U.S.C. §141, 2 U.S.C. §2(a) , and in Federal Constitution- Article I Section 2, Article I Section 8 Clause 18, Article II Section 1, Article IV Section 2 Clause 1, Article IV Section 4, Article V, and by the First, Fifth, Ninth, Tenth, Twelfth, Thirteenth, Fourteenth, Fifteenth, Seventeenth, Nineteenth, Twenty-fourth, and Twenty-sixth Amendment thereto, and nationwide controversy that this Court has jurisdiction over in 28 U.S.C. Sections 1331, 1332(a), 1343(a), 1344, 1357, 1361, "Venue" Section 1391(e),  for particular proceeding in the 28 U.S.C. §2284 "Three-judge court" .

2.    The matter of derivation of liberty and rights protected in the U.S. Constitution from state action to deprive fundamental and Civil Rights – in Civil action for deprivation of rights, involve a conspiracy to interfere with civil rights as defined in 42 U.S.C. Section 1986, Section 1985, Section 1983; as well as in the due process rights of the 5th , and protection against unreasonable statute in the 9th 10th Amendments pertaining to the federal government, and other due process rights in the 14th Amendment that empowers Congress to protect persons from state actions. There being two aspects of substantive due process, in which protects a person's property from unfair government

Strunk v. US Department of Commerce Bureau of Census et al. DCD

interference or taking and as similar clauses in the New York State Constitution.

3.  That 42 U.S.C. Section 1985 (3) in the matter of conspiracy states:

> Depriving persons of rights or privileges If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class or persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitle to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, hereby another is injured in his person or property, or deprived of having and exercising any right or privileges of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

4.  And in the guarantee clauses of the Federal Constitution in regards to enforcing applicable

sections of the New York State Constitution Article I Sections 1,3,8,9,11, regarding Article II

Section 1, Article III Section 7 and NYS Consolidation Law  Chapter 6 "Civil Rights" Article 2 Bill

of Rights Sec. 2. (equal protection and voting rights) per *NYS Law Article 7 for Congressional*

*Districts Sections 110 thru 112* and NYS Election Law.  Jurisdiction is properly before this Court

pursuant to that federal statute with the United States District Courts under 28 U.S.C. §1331 with a

Federal question and under 28 U.S.C. §1346.

## VENUE

5.  Venue under 28 U.S.C. §1331 and 28 U.S.C. §1391 is properly laid in this Court of the

District of Columbia where Defendants actions derive from and are to be heard by an Article III

three Judge Panel of 28 U.S.C. §2284,  to this particular District Court for the District of Columbia

affords the proper venue under 28 U.S.C. §1391 (e) (2) for this action in that Defendants:

Strunk v. US Department of Commerce Bureau of Census et al. DCD

Department of Commerce Bureau of Census, Department of Homeland Security, JANET

NAPOLITANO (Secretary of DHS), the UNITED STATES HOUSE OF REPRESENTATIVES

(House), NANCY PELOSI (the Speaker of the House), and is where the individual Barry Soetoro

in esse (a.k.a. BARACK HUSSEIN OBAMA, a.k.a. "the Usurper"), as each is located within the

District of Columbia, ALL collaborate with Defendants of the Society of Jesus, and failure(s) of any

Defendant and or ALL Defendants are in concert with State defendant(s) are also within the District

of Columbia, as a matter of fraud connected with use of tourists as if citizens for unjust enrichment.

### AS AND FOR THE FIRST CAUSE OF ACTION

**(Census Bureau by its agents with State action serving the NEW YORK PROVINCE OF THE SOCIETY OF JESUS FR. GERALD CHOJNACKI, S.J. to count tourists as if permanent residents disproportionately diminishes and dilutes Strunk's vote strength, speech and association representation rights in an Election and in Congress)**

6.  Plaintiff repeats each and every allegation contained in the above introduction and

paragraphs 1 through 5 with the same force and effect as though herein set forth at length.

7.  Plaintiff **Christopher-Earl : Strunk** in esse ("Plaintiff" "Strunk"), is a sovereign natural

living person, citizen of New York qualified to register and vote with place for service located at

593 Vanderbilt Avenue - 281 Brooklyn, New York 11238; telephone (845) 901-6767, SKYPE:

cestrunk, and E-mail: uncasvotes2@yahoo.com.

8.  Plaintiff is a state of New York Citizen born in County of New York New York, honorably

discharged Vietnam Era Veteran, and as a citizen of New York State resident within the City of

New York, County of Kings, is within the New York 11th Congressional District ("CD"), in 57th

Assembly District ("AD") in the 72nd Election District ("ED") and 18th State Senate District ("SD").

9.  That Strunk makes a special appearance in this action without relinquishing sovereignty.

10. In explanation, Plaintiff's Special-Appearance is as a Living-Soul Son-of-the Most-High-

God-Yahweh in existence *nunc pro tunc* the moment of Creation in Joint-Heir-with-His-Son Made

Strunk v. US Department of Commerce Bureau of Census et al. DCD

Debt-Free with the Yahshua Payment (consideration) of His Blood, in which Strunk Stands in the Kingdom of the Most-High-God Yahweh, and that is under reserve, without dishonor, without prejudice, without recourse in good faith, *no dolus;* and that this court and or defendants are unable to offer a higher consideration.

11. That Strunk is defined by Roman Catholicism and its Islamic satrap as a "heretic", and who deny any free and independent individual liberty and or jus tertii standing to speak for so defined heretical living person of the heretical People of New York that historically according to the actual doctrine of the Roman Catholic Church and the Vatican and agents use of this term: A 'label', are all to suffer spiritual condemnation by the inquisition as applied by the Papacy to anyone who dared in the past, or who dares today, to question either (1) papal authority, or (2) any of the unscriptural doctrines based solely upon 'tradition' that have been promulgated by the hierarchy of the Roman Catholic Church, such as 'transubstantiation', 'indulgences', 'papal infallibility', 'purgatory', 'worship of images', 'a celibate priesthood', 'auricular confession to a priest', etc. in service of submission of all to the exclusive doctrine of the faith.

12. The Roman Catholic Church operates a Roman cult internationally intent on worldwide temporal power of the Pope whose agents and doctrine created the Islamic cult and Sharia Law as identical doctrine that operate by works, unlike Orthodox apostolic Christianity / Messianic Judaism, that require any non-believer to submit, convert or die in an animal sacrifice by fire or holocaust to channel their faith hope as an instrument to the Roman cult.

13. That the substantive due process and equal protection issues associated with Strunk and a special class of Plaintiffs being heretics and singled out for irreparable harm, Strunk filed a related DCD case *Strunk v. The New York Province of the Society of Jesus et al.* 09-cv-1249 in the matter of enforcement of the *Logan Act* directly effecting the ongoing 2010 Census enumeration.

Strunk v. US Department of Commerce Bureau of Census et al. DCD

14.  The first cause of action complained of is for use of the 2010 Census count of tourists in New York as if tourists were permanent residents in New York and the several states and territories in the USA that will disproportionately dilute and diminish Plaintiff's speech and vote strength in the 11th New York U.S. House District, as applies to Defendants the Bureau of Census, The City of New York, and Mayor Michael Bloomberg as an agent of the New York Province of the Society of Jesus and their Provincial conspiring with the DOC, their agents and Executive branch.

15.  Defendant the **UNITED STATES DEPARTMENT OF COMMERCE BUREAU OF THE CENSUS** (Census Bureau) by its Director C. Louis Kincannon with duties enumerated in the U.S. Constitution, 3 USC Sections 1 thru 15, 13 USC Sec. 141 /Sec. 195, P.L 94-171 and 2 USC 2a and serves at the pleasure of Secretary of Commerce, is located at 14th Street between Constitution & Pennsylvania Avenue N.W. Washington D.C. 20230;

16.  **Defendant CARLOS GUTIERREZ** , the Secretary of Commerce, is a Democrat with duties enumerated in the US Constitution, 3 USC Sections 1 thru 15, 13 USC Sec. 141 /Sec. 195, P.L 94-171 and 2 USC §2a serves at the pleasure of the President and Congress, and is located at US Department of Commerce, 1401 Constitution Avenue, NW, Washington, DC 20230;

17.  The Census Bureau and its agents are presently starting to count all persons in the United States and or its territories as well as citizens overseas, using residence address before 2010.

18.  That the Census Bureau counts tourists, and is obliged to differentiate between tourists, citizens and resident aliens.

19.  **Defendant THE CITY OF NEW YORK**, (NYC) is a New York state subdivision and as a municipality entity represented by its corporation counsel Michael Cardozo located at the NYC Law Department 100 Church Street New York, NY 10007.

20.  NYC has a large tourist population and financially benefits from them.

Strunk v. ᴜᴜ Department of Commerce Bureau of ᴄᴇⁿsus et al. DCD

21. NYC has a sanctuary policy that prevents enforcement of INA law on tourists.

22. **Defendant <u>MICHAEL BLOOMBERG</u>**, (Mayor) elected mayor in the NYC election of 2001 with The Mayor's office and place for service located at 100 Gold Street NY, NY 10038, is sued in his official capacity and individually.

23. That the Mayor both individually and in his official capacity promotes the NYC sanctuary policy for tourists whether duly documented or not under U.S. law.

24. The Mayor promotes unlimited tourism along with citizenship equity with those state citizens entitled to rights different than for tourists, resident aliens, minors and civilly dead.

25. NYC has more tourists from across the Atlantic Ocean than other states, but has less proportionally per capita of state resident citizens and permanent resident aliens than say Florida, California, Arizona, New Mexico, Texas, beyond the fact that NYC is a sanctuary city, primarily because of the close proximity to Mexico and ease of travel there of tourists to those states instead of NYC, and the fact the Federal Executive for more than thirty years and now especially the DHS and its agencies arbitrarily do not enforce the INA and requirements of Congress as expressly written, for whatever reason don't.

26. That some States of the several States entice tourists to stay and reside while others don't, and NYC absolutely provides illegal enticement different than done in the rest of the state-subdivisions, NYC and its agents behave outrageously in that regard with impunity.

27. The Mayor on April 7, 2009 announced by press release he intended to enumerate all persons in NYC in the 2010 Census, and that the Mayor doing so (see **<u>Exhibit A</u>**).

28. In the previous 2000 decennial Census enumeration of all persons including tourists, whether documented or not, however, resident in the city of New York were counted without differentiation as to the INA law, and as a result the number of representatives that the people of the

Strunk v. US Department of Commerce Bureau of Census et al. DCD

state of New York were entitled to went from 31 CDs to 29 CDs.

29. That actions starting April 7, 2009 for accomplishing the 2010 decennial Census count by the Mayor, NYC and its agents under the Mayor's control with the Bureau of Census direction are intent to repeat the same type enumeration as in 2000 of all persons including tourists whether documented or not, however resident in the city of New York, counted without differentiation as to the INA law and despite the fact that doing so will result in the number of representatives that the people of the state of New York were entitled will be reduced from 29 CDs to 28 CDs.

30. **Defendant <u>NEW YORK PROVINCE OF THE SOCIETY OF JESUS</u>** (NYSJ) is a membership association that is also incorporated in the state of New York in 1946 located at 39 East 83rd Street, New York, New York 10028.

31. **Defendant <u>FR. GERALD CHOJNACKI, S.J.</u>**, (NYSJ Provincial) is the Provincial of New York Province of the Society of Jesus located at the above address with email: nykprov@nysj.org

32. The Society of Jesus has ten 10 provinces that constitute the USA and its possessions and are a subset part of 83 provinces globally; in short the Jesuit Order formed by Ignatius Loyola in 1546 as a continuous global command force were thrown out of 81 nations over time and that from 1773 thru 1814 sought exile in Prussia and Russia under Frederick the Great and Catherine the Great as well as in Lancashire England at Stony Hurst Jesuit College and the *Louisiana purchase* for their shelter from the 1773 Papal Bull there as it was arranged by U.S. Secretary of State Thomas Jefferson under the Washington Administration, as such the Society is:

a) A military Order NOT religious order of the Holy See and are among the SMOM who are under the Society control at the dual headquarters occupying a square block within Rome Italy at 68 Via Condotti
b) sworn to four oaths: obedience, chastity, poverty and a blood oath to serve the pope
c) formed to reverse the Reformation under the Council of Trent
d) focused on the exclusive control of Jerusalem to bar any other religion
e) all about maintaining and increasing the wealth of the papacy
f) the most cunning and dangerous global fighting force known

Strunk v. US Department of Commerce Bureau of Census et al. DCD

g) In France controlled Napoleon and the French Terror
h) Authored the Protocols for the Elders of Zion against the influence of mosaic Judaism, especially Prime Minister Benjamin Disraeli and Capt. Louis Dreyfus of the French Military

33. Of the more than 36000 Jesuits internationally a majority are in the United States, in which the Society of Jesus is organized into ten provinces or geographic regions, each headed by a provincial superior appointed by the Superior General in Rome. Province Offices are organized shown at the right:



34. The Vatican's Holy See uses the many Concordats, 172 to date that have been signed with 'sovereign' nations, gives the Vatican special privileges with European Union and related projects, including the 1928 Jesuit controlled Mussolini's setup of the reparation Vatican Bank with the equivalent of 90 plus Million Dollars that in 1929 after their three (3) American Knights of the SMOM manipulated margin calls caused the "crash" of the NY. Stock Exchange market whose depressed industrial securities were then purchased by the Jesuits' agents for the Vatican Bank..

35. The NYSJ Defendants have collective spiritual and temporal authority over the People of the states of New York and Puerto Rico, NYC Tammany Hall, New York Federal Reserve Bank and XYZ entities and public and private John / Jane Doe(s); and NYSJ Defendants conspire with :

36. Defendant **MARYLAND PROVINCE OF THE SOCIETY OF JESUS** (MPSJ) membership association is located at 5704 Roland Avenue Baltimore, MD 21210-1399.

37. That the Defendant Maryland Province of the Society of Jesus has collective spiritual and temporal authority over the People of the states of Pennsylvania, New jersey, Delaware, West

Virginia, Virginia, North Carolina, Maryland, Washington District of Columbia and

38. that the MPSJ maintains an allodial dead-hand control over the public real property

Washington District of Columbia entirely within the boundaries of Maryland were the ten square

mile portion of Colorado used as an alternative location of the one Capitol by Congress.

39. **Defendant Fr. <u>TIMOTHY B. BROWN</u>, S.J.** is the MPSJ Provincial, located at 5704

Roland Avenue Baltimore , MD 21210-1399 with email: provincial@mdsj.org

40. That Defendants NYSJ and MPSJ and their agents have a proprietary spiritual and temporal

interest in the use of tourists to disenfranchise Plaintiffs and those similarly situated as heretics.

41. That Defendants NYSJ and MPSJ and their agents use the Tammany Hall Defendants to

regionalize and dismantle the USA, and render control of Congress to the Southwestern region.

42. That ALL Defendants' ultra vires actions are by misapplication and administration of law to

include tourists resident in NYC in the enumeration for the purpose of allotment of CDs to the

People of New York after the U.S. House is provided with the enumeration have and will injure

Plaintiffs by disproportionately diminishing and diluting Strunk's vote strength, speech and

association representation rights in each election and in Congress, the matter is ripe for review.

## AS AND FOR THE SECOND CAUSE OF ACTION

**(Census Bureau by its agents with State action to count tourists as if permanent residents
disproportionately diminishes and dilutes Strunk's association rights jus tertii with the People
of New York's vote strength, speech and association representation rights in Congress)**

43. Plaintiff repeats each and every allegation contained in the above introduction and

paragraphs 1 through 42 with the same force and effect as though herein set forth at length.

44. The Second cause of action complained of is for use of the 2010 Census count of tourists in

New York as if tourists were permanent residents in New York and the several states and territories

in the USA that will disproportionately dilute and diminish Plaintiff's speech and vote strength as

Strunk v. US Department of Commerce Bureau of Census et al. DCD

the jus tertii People of New York in the U.S. House of Representatives, as applies to Defendants the Bureau of Census, The City of New York, and Mayor Michael Bloomberg.

45. That NYC has the overwhelming greatest number of undocumented tourists compared with any other state subdivision depending upon which official or professional estimate used, is between 489,000 were there 7 mil undocumented tourists nationally, to 2,466,424 were there 40 million undocumented tourists nationally (see **Exhibit B**); and that beyond the undocumented tourists,

46. NYC on any given day has one million or more documented tourists on top of those resident, visiting NYC's tourist fantasy-land; evidenced recently with a glimpse behind the curtain to see OZ, as with say Bernie Madoff busy at work laundering investments for his Illuminated NYC aristocracy masters through cutout entities who offer matching funds parked in Monaco's black bank accounts of the P-2 Lodge (the only remaining opaque banking facility in the World) for future H.U.D. *Community Reinvestment Fund* (CRA) outlays into the Freemasonic *Cornerstone* enterprise zone in lower Manhattan that becomes *Tomorrow Land* in 2030 – and needs TOURISTS.

47. That Defendant Jesuits influence and control over the Congress and Executive as a matter of interference with the affairs of the People of the united States is aimed at unjust spiritual and temporal enrichment to harm Plaintiffs and those similarly situated as heretics.

48. That Defendant Jesuits along with those similarly situated have not registered as agents of a foreign power, the Vatican and SMOM as required with 18 USC §953 and related Title 18 laws.

49. That as a result of Defendants' ultra vires action to include tourists resident in NYC in the enumeration for the purpose of allotment of CDs to the People of New York after the U.S. House is provided with the enumeration will injure Plaintiffs by disproportionately diminishing and diluting Strunk's association rights jus tertii with the People of New York's vote strength, speech and association representation rights in elections and in Congress.

## AS AND FOR THE THIRD CAUSE OF ACTION

**(Census Bureau by its agents with State action to count tourists as if permanent residents do disproportionately diminish and dilute Strunk's association rights jus tertii like the People of Louisiana's vote strength, speech and association representation rights in Congress)**

50. Plaintiff repeats each and every allegation contained in the above introduction and paragraphs 1 through 49 with the same force and effect as though herein set forth at length.

51. The Third cause of action for use of the 2010 Census count of tourists in New York and the several states and territories of the USA as if tourists were permanent residents in the USA that will disproportionately dilute and diminish Plaintiff's speech and vote strength jus tertii the U.S. House of Representatives along with and like the people similarly situated in the state of Louisiana, as applies to Defendants the Bureau of Census, its agents, the City of New York, and Mayor Michael Bloomberg, Speaker Nancy Pelosi, and many unnamed agents.

52. Defendant **UNITED STATES HOUSE OF REPRESENTATIVES** ("US House") in the person of the "John Doe" Clerk of the House, with duties enumerated in the US Constitution, 3 USC Sections 1 thru 15, 13 USC Sec. 141 /Sec. 195, P.L 94-171 and 2 USC §2a, with counsel duty by the Office of General Counsel to the House pursuant to Pub. L. 105-119, title II, Sec. 209, Nov. 26, 1997, 111 Stat. 2480; with all members located at US Capitol Building Washington DC 20515:

53. The clerk of the House receives the 2010 Census enumeration for allotment of seats to each state of the several states on or about December 31, 2010, and thereafter provides it to the Speaker of the House and others in senior status

54. The projections of total enumerated persons including tourists whether documented or not in the 2010 census are to be above 300 million or say 302,295,275 residents for use herein.

55. Defendant **NANCY PELOSI**, the Speaker of the House of Representatives located at the Capitol, and as representative from a California CD, has duties enumerated in the US Constitution,

Case 1:09-cv-01295-RJL    Document 1    Filed 07/13/2009    Page 13 of 31

Strunk v. JS Department of Commerce Bureau of census et al. DCD

3 USC Sections 1 thru 15, 13 USC Sec. 141 /Sec. 195, P.L 94-171 and 2 USC §2a and rules.

56. Defendant Pelosi conspires with the racist organization La Raza Unita, the Aztlan reconquistas, and ACORN all of whom are used by the Jesuits against the USA and heretics.

57. That Defendant Speaker will provide for the allotment using all tourists whether documented or not and that based upon estimates only New York and Louisiana will both lose one representative in Congress, and that California and Texas will gain one representative in Congress (see **Exhibit C**).

58. That as a result of Defendants' ultra vires actions to include tourists resident in NYC and elsewhere disproportionately in each state of the several states for the purpose of allotment of CDs to the people of New York after the U.S. House is provided with the enumeration that will injure Plaintiffs by disproportionate diminishment and dilution of Strunk's association rights jus tertii like the People of Louisiana's vote strength, speech and association representation rights in Congress.

## AS AND FOR THE FOURTH CAUSE OF ACTION

**(Executive Branch Conspiracy with persons by ultra vires actions to disproportionately shift control of Congress to an unconstitutional enterprise using tourists is reverse discrimination of a citizen's right to suffrage and express forms of liberty different than non-citizens)**

59. Plaintiff repeats each and every allegation contained in the above introduction and paragraphs 1 through 58 with the same force and effect as though herein set forth at length.

60. The fourth cause of action for a conspiracy for use of the 2010 Census count of tourists in New York and the several states and territories of the USA as if tourists were permanent residents in the USA that will disproportionately dilute and diminish Plaintiff's speech and vote strength in the U.S. House of Representatives jus tertii along with the people similarly situated in those states with less tourists that benefit the states of Texas and California, as applies to Defendants the Bureau of Census, its agents, The City of New York, Mayor Michael Bloomberg, Speaker of the House Nancy

Strunk v. US Department of Commerce Bureau of Census et al. DCD

Pelosi, the state of California by its Governor Arnold Schwarzenegger (State Capitol Building Sacramento, CA 95814), and the state of Texas by its Governor Rick Perry (1100 San Jacinto Austin, Texas 78701).

61.  Upon information and belief Federal Defendants' predecessors enacted a joint act of Congress now known as statute Title 13 USC Section 141 on June 18, 1929 (then as amended in 1941), was produced as a *Band-Aid* for Congressional *unconstitutional behavior and gross negligence* since the bogus 1920 Census, – as characterized by the *71st Congress 1st Session Senate Report #2 on Census and Reapportionment ordered to print April 23, 1929.*

62.  13 USC §141 vests in the Executive (Commerce Secretary) ministerial power in the manner in which a Census is taken; and also,

63.  The statute 13 USC §141 grants discretionary power to allot membership in the House of Representatives, states the Executive *"shall have final authority for determining the geographic format of an apportionment plan"* over and above the State legislatures' plenary power to gerrymander Congressional District(s) "CDs".

64.  Based upon information and belief, by Public Law 105-119, Title II, Sec. 210(a)-(j) of November 26, 1997 111 Statute 2483-2487, Congress established the U.S. Census Monitoring Board, appointed a committee enabling Congress to participate in execution of the 2010 Census under 13 USC §141 and implementation of contingency power modification under 13 USC §195.

65.  Based upon information and belief, since 1930 our U.S. House seats entitlement for New York of 45 when we had 12.5 million residents has been hijacked starting in 1950 then with 14.8 millions residents, by a cartel controlling Congress, that now would allot New York 28 CDs even though it has as many as say 19 million inhabitants minus tourists if there are only 7 million tourists in the nation and no less than 17,298,747 inhabitant without tourists were there say 40 million

Strunk v. US Department of Commerce Bureau o. _ensus et al. DCD

tourist in the nation; and as such New York would maintain the 29 CDs it now has were the seats in the U.S. House not increased at the will of Congress, (see **Exhibit D**).

66. Were the requested 28 USC §2284 Three Judge Panel to find in a declaratory judgment regarding the disuse of tourists for an allotment that requires an accurate questionnaire and enumeration done during the 2010 census count now ongoing before say April 15, 2010, then on or about December 31, 2010 the Congress would merely perform its duty as expressly required of law for allotment or change the law to enlarge itself as is their plenary right without the use of tourists.

67. As a result of an allotment without tourists as shown in Chart of Exhibit D say with 20 million tourists nationwide: Arizona, California, Georgia and Texas would lose one or more seats; as would Illinois and Nevada were an allotment done without say 40 million tourist; and at the same time shown on the same Chart on Exhibit D an increase of CDs for Indiana, Kentucky, Michigan, Mississippi, Pennsylvania, South Carolina and Wisconsin without 20 million tourists; or even more seats recovered for Alabama, Connecticut, Missouri, Montana, Ohio, Oklahoma, Tennessee and Virginia were an allotment done without say 40 million tourists.

68. That Illuminized Mason, Governor Perry of the State of Texas has publicly threatened to secede from the Union were the Federal government not to feed the interests of the Republic of Texas, and as such has made his support for Barry Soetoro conditional, as long as the Usurper acts in an ultra vires manner for the benefit of the Texas component of the enterprise which with California is a partner as a result of arbitrary and capricious disproportionately using tourists to enlarge its Aristocracy's voice in Congress for which otherwise it is not reasonably entitled to under INA and the law of the land.

69. Similarly, the SMOM blessed Governor Schwarzenegger of California has made his support for Barry Soetoro conditional as well, as long as the Usurper benefits the enterprise in which

California is a partner as a result of arbitrary and capricious disproportionately larger voice in
Congress for which it is reasonably not entitled to under INA and the law of the land.

70. That as a result of Defendants' ultra vires acts, with mis-application and mis-administration
of law, to include tourists resident in NYC and elsewhere are disproportionately distributed in each
state of the several states that were they to be used in equity for the purpose of allotment of CDs,
have to be proportional aren't, and therefore, the Executive Branch as an enterprise conspiracy
maliciously disproportionately shift control of Congress to an cartel enterprise that use tourists in a
reverse discrimination against a citizen's right to suffrage and express forms of liberty different than
non-citizens as a nationwide issue of monumental importance for review by the Panel herein.

## AS AND FOR THE FIFTH CAUSE OF ACTION

### (Executive Branch ultra vires Conspiracy to naturalize tourists by corruption of Congress and suppression of the first amendment rights of citizens)

71. Plaintiff repeats each and every allegation contained in the above introduction and
paragraphs 1 through 70 with the same force and effect as though herein set forth at length.

72. The fifth cause of action for a conspiracy for use of the 2010 Census count of tourists in
New York and the several states and territories of the USA as if tourists were permanent residents in
the USA that will disproportionately dilute and diminish Plaintiff's speech and vote strength in the
U.S. House of Representatives jus tertii along with the people similarly situated in those states with
less tourists to unconstitutionally naturalize such tourists contrary to an act of Congress with the
plenary power under Article I section 8 as applies to the Immigration and Naturalization Act, as
applies to Defendants the Bureau of Census, The City of New York, and Mayor Michael
Bloomberg, Speaker of the House Nancy Pelosi, the state of California by its Governor
Schwarzenegger, the state of Texas by its Governor Perry, the state of Arizona by its prior Governor
Janet Napolitano, now the Secretary of the U.S Department of Homeland Security, plus various

Case 1:09-cv-01295-RJL   Document 1   Filed 07/13/2009   Page 17 of 31

Strunk v. US Department of Commerce Bureau of Census et al. DCD

unnamed John Does(s), Jane Doe(s) and XYZ corporate entities, Barry Soetoro (a.k.a. BARACK HUSSEIN OBAMA, a.k.a. "The Usurper") is the number one naked undocumented tourist curiosity.

73. Barry Soetoro (a.k.a. BARACK HUSSEIN OBAMA), the Usurper, is a naked undocumented tourist, and is usurping the office of the Presidency for an enterprise hidden from public view, is in the Capitol despite the fact Strunk fired him and returned his offer of contract on January 23, 2009; and the Usurper is the subject of a Quo Warranto inquest as all usurper acts are void ab initio.

74. That Defendant Barry Soetoro is at the hub of a conspiratorial enterprise to naturalize all undocumented tourists by use of the 2010 Census, as a defacto matter is wanton and relentless.

75. That the Jesuits' Council on Foreign Relations and Goldman Sachs created Usurper and his agents act beyond the scope of 13 USC §195, 13 USC §141, U.S. Constitution and in violation of the 10th Amendment the Usurpers uses the oval office to seize control over the 2010 Census in a ultra vires manner as if the Executive were to have more than just ministerial duties.

76. That the Usurper and his agents are at the hub of the enterprise using an early taking of the Census using the Jesuits' ACORN to extort concessions from States of the several States, in the same way done by the Jesuit controlled Woodrow Wilson Administration, that in the 1920 Census wrongly enumerated too early in January 1920 rather than during the planting season of April 1920 to extort Republican passage of the 15 points of the Treaty of Versailles, for which Fr. Edmund Walsh, S.J. of Georgetown University, was instrumental in implementation and supervision from 1918 forward; of which 14 points were adopted by Senators Borah and Lodge, who delayed the 1920 allotment of CDs until 1930, and prevented the USA from being dragged into the one world League of Nations then under the control of the Jesuit General as the United Nations is today.

77 That the Defendant Usurper submitted the nomination for the ex-governor of Arizona, Janet Napolitano to be the Secretary of DHS, and which then was rubber stamped by Defendant Pelosi

Case 1:09-cv-01295-RJL   Document 1   Filed 07/13/2009   Page 18 of 31

Strunk    US Department of Commerce Bureau ∪. Census et al. DCD

with the intent to forward the enterprise to naturalize all undocumented tourists.

78   That Defendant Napolitano has systematically sabotaged and opposed enforcement of border control between Arizona and Mexico, and has breeched her fiduciary duties.

79.  Defendant Napolitano and the Usurper actively use the naked power to chill speech, defame Plaintiff along with those similarly situated, and allege spurious threats of extremist and domestic terrorism *Joseph Goebbels* style big lie in preparation of an imminent false flag operation, and that outrageous defamation against: all those citizens wishing to enforce of INA, all those who are Veterans, all those who question the lack of credentials of the Usurper, all those who are against infanticide and genocide, those who read and praise their bible and right to bear arms, all those who speak against the destruction of the family structure with the Jesuit devised sodomy liberation movement, all those outraged by the destruction of the value of currency as a burden of debt enslavement placed upon our children's children future, and all those who use the right to speech, association, religion, petition; in that the Usurper and DHS have outrageously issued a DHS Intelligence Report outrageous invidious singling out of Plaintiff and those similarly situated, and

80.  Despite the fact that DHS, the FBI, Napolitano, the Usurper continue the charade that Timothy McVeigh was somehow a white-supremacist militiaman rather than a government employee like Lee Harvey Oswald agent provocateur, (that when by FOIA the public record will show McVeigh was on loan from the DIA to infiltrate the phantom *Patriot movement*, in fact was used an active government infiltrator and agent provocateur); and Defendants persist to spread black propaganda under the guise of *Operation Vigilant Eagle* by which the FBI, DHS, NSA, use warrant-less wiretaps that interfere with Strunk since January 20, 2009; and as such like Senator Goldwater, Strunk contends "*I would remind you that extremism in the defense of liberty is no vice! And let me remind you also that moderation in the pursuit of justice is no virtue!* "

81. That the Usurper and DHS Secretary, under Jesuit control, have initiated an inquisition against Plaintiffs along with those similarly situated as heretics, using the naked power of government under color of the Jesuits' Patriot Act written at of Georgetown University in the 1990's and who now use the Executive and Congressional Branch to assemble an enemies list to single out and invidiously discriminate against Strunk and others similarly situated as heretics.

82. That all Defendants and the Executive Branch Conspiracy to naturalize tourists use ultra vires suppression of the first amendment right of citizens and have singled out Plaintiffs along with those similarly situated for invidious discrimination and outrageous treatment.

## AS AND FOR THE SIXTH CAUSE OF ACTION

**as applies to DOC, the Maryland Province of the Society of Jesus, the MPSJ Provincial to maintain temporal and spiritual slavery with speaker of the House from California and Executive Defendants to use the Census enumeration of tourists along with the ongoing disenfranchisement of the residents of Washington D.C. as citizens of the state of Maryland choosing Congressional representation as an irreparably harm to Plaintiffs' jus tertii People of New York, Northeast and Mid-Atlantis States of the united States if America.**

83. Plaintiff repeats each and every allegation contained in the above introduction and paragraphs 1 through 82 with the same force and effect as though herein set forth at length.

84. The Sixth cause of action for a conspiracy by Defendants DOC and the Maryland Province of the Society of Jesus and their Provincial to maintain temporal and spiritual slavery in Conspiracy with speaker of the House to use the 2010 Census count of tourists along with the ongoing disenfranchisement of the residents of Washington D.C. who are citizens of the state of Maryland for the purpose of choosing Congressional representation that irreparably harms Plaintiff jus tertii People of New York, Northeast and Mid-Atlantis States of the united States if America to maintain one more seat in the House from Connecticut that otherwise would be from the state of Maryland c/o Governor Martin O'Malley at 100 State Circle, Annapolis, Maryland 21401.

Case 1:09-cv-01295-RJL    Document 1    Filed 07/13/2009    Page 20 of 31

Strunk    JS Department of Commerce Bureau    Census et al. DCD

85. As a result of an allotment without tourists as shown in Chart of Exhibit D say with 20 million tourists nationwide: Arizona, California, Georgia and Texas would lose one or more seats; as would Illinois and Nevada were an allotment done without say 40 million tourists; at the same time were Washington D.C. residents counted with suffrage in Maryland, and say Washington DC were not to have any *Tourists* per se, it would have say 400,000 permanent residents there entitled to one representative in the U.S. House as a member of the Maryland delegation, and who may vote for the two U.S. Senators from Maryland as the Chart at **Exhibit E** shows there is an increase of CDs for Indiana, Kentucky, Michigan, Mississippi, Montana, Ohio, Oklahoma, Virginia, South Carolina and Wisconsin without 20 million tourists; and were the calculation done without 40 millions although New York would lose a seat go to Connecticut in the northeast region.

86. That the Maryland Jesuits are responsible for exploiting use of slavery, and in 1776 Bishop Fr. John Carroll, S.J. was responsible for deleting reference to elimination of slavery as part of 25% of the June Draft of the Declaration of Independence by Thomas Jefferson who wished to eliminate the importation of slaves and sided with the English Parliament against King George then working with the Vatican and Barbary / Jesuit "Black Ship" pirates responsible for the slave trade.

87. That Georgetown University was built with the proceeds of the Jesuits' slave trade.

88. That Defendants Jesuits never apologized for their unjust enrichment with slavery.

89. That Defendant Jesuits created the Hegelian tool of racial diversity to exploit Plaintiffs and cause irreparable harm under color of their creation of the 14th Amendment America since 1868.

90. That Defendant Jesuits assassinated President Abraham Lincoln who resisted creation of the 14th Amendment wished to reunite secessionists with the Union only with the 13th Amendment.

91. Under the Jesuits Washington D.C. was and is a slave social economy as before the 13th Amendment because residents are not afforded equal treatment as Maryland residents with suffrage.

Case 1:09-cv-01295-RJL   Document 1   Filed 07/13/2009   Page 21 of 31

Strunk v. _S Department of Commerce Bureau o. _nsus et al. DCD

92. Upon creation the majority of Washington D.C. residents were slaves, women, minors and or transients without the privilege of suffrage at the creation of Washington D.C., and whereby before the expansion of suffrage, notwithstanding Abraham Lincoln's sponsored Bill to eliminate Slavery in Washington D.C., was and remains blocked by the Defendant MPSJ and its agents.

93. The Congressional enactment of the *Continuity of Government Act* has created an alternate location for the ten square miles for Washington D.C. to Colorado or elsewhere so that the real property used in Maryland remains with the Defendant Jesuits who maintain an allodial title.

94. That all Defendants and the Executive Branch conspiracy to naturalize tourists use ultra vires suppression of suffrage is a matter of unequal treatment that empowers the Southwest Region to the detriment of Plaintiffs along with those similarly situated as heretics who are harmed by invidious discrimination and outrageous treatment in the Northeast and Mid-Atlantic regions.

## AS AND FOR THE SEVENTH CAUSE OF ACTION

### (The Hawaii enterprise to naturalize tourists as applies to racketeering unjust enrichment by the State of Hawaii, Nancy Pelosi, Barry Soetoro, John Doe(s) Jane Doe(s) and XYZ entities)

95. Plaintiff repeats each and every allegation contained in the above introduction and paragraphs 1 through 94 with the same force and effect as though herein set forth at length.

96. The seventh cause of action is for an ongoing racketeering conspiracy with use of false billing funds associated with the illegal use of tourists as they are going to be used with the 2010 Census count of tourists in New York and the several states and territories of the USA as if tourists were permanent residents in the USA that will not only disproportionately dilute and diminish Plaintiff's speech but steal Strunk's liberty along with other citizens and their offspring by the ongoing theft of property from all the way up from federal down to the state and local level to pay for the exploitation of the undocumented tourist that show up in every form of public funded provision of services from schooling, social services Medicaid etcetera all the way on the other side

Case 1:09-cv-01295-RJL    Document 1    Filed 07/13/2009    Page 22 of 31

Strunk v. US Department of Commerce Bureau c Census et al. DCD

of drug treatment prosecution victim services and incarceration associated with the *State Criminal Alien Assistance Program* (SCAAP) that picks up only a small portion of guard labor costs in funding of state incarceration of undocumented tourists.

97. In the context of the federal question presented here in the mate of ultra vires use of tourists to allot U.S. House seats is the premier fundamental question underlying the matter being who is paying for this mess being created and who is the oldest conspirator doing what is going on now for more than a century long beyond the Island of Puerto Rico having its own impact here in NYC on the east coast is the territory of Hawaii feeding cheap labor to the west coast in the continuing scam long before it became a state, and that the scamming being done through Hawaii has contributed toward triggering our financial meltdown today as referenced in overhead costs imposed upon Citizen taxpayers and their offspring.

98. The Defendant Soetoro legacy in his background in the prior territory of Hawaii having become prominent in national life exposes the Hawaiian scam as simply the tip of this iceberg which the Governor of Hawaii Linda Lingle (c/o Governor of Hawaii State Capitol, Room 415 Honolulu, Hawaii 96813) must conceal, for Defendant Soetoro along with all those other enterprise benefactors or beyond embarrassment, people ensconced in the power structure of Hawaii who upon investigation will go to prison for false billing of the treasury and falsification of documents as defined but not limited to the follows Federal statutes:

> 18 USC §1028 (a)(1)(4)(7)(c)(1)(2)(3)(d)(1)(f)- (fraud and related activity in
>                                 connection with identification documents)
> 18 USC §1324 (a) (1) (A) (iii.) (iv.) (Harboring illegal aliens)
> 18 USC §1341 (mail fraud)
> 18 USC §1343 (wire fraud)
> 18 USC §1425 (a) - (procure citizenship or naturalization unlawfully)
> 18 USC §1512 (b)(1)(2)(c)(1)(2)(d)(1)(2)(3)- (Tamper with witness, victim )
> 18 USC §1546 (a) - (fraud and misuse of documents)
> 18 USC §1952 (a) (1) (3) (b) (2) (3) – (interstate and foreign travel in aid of
>                                 racketeering Enterprise)

Strunk v. US Department of Commerce Bureau v. Census et al. DCD

18 USC §1957 – (engaging in monetary transaction in property derived from specific unlawful activity)

99. Plaintiff first task in need of explanation is why Hawaii would in 1961 have a large population of tourists who were essentially exploited slave labor, but were a huge burden to the system in poverty and crime.

100.     The Hawaiian answer, as it was a Democratic state and still is was to start registering all those foreign kids by the thousands. The purpose being to tap into all those federal hundreds of millions then which would profit the state.

101.     Federal poverty programs flowed funds into the pockets of the Hawaiian retailers as the golden goose pipeline. If one makes citizens out of tourists (e.g. illegals), then Hawaii converts a debt into their asset in obtaining more funds in the system which empowers liberal - monocentrist / egalitarian fascists most of whom are Illuminized Masons and or Masons in the mould of Grand Orient Lodgers as were Marx / FDR / Hitler / Mussolini / Lenin / Stalin / Mao.

102.     The fact is there are hundreds of thousands of tourists registered in Hawaii. Do you think even a Republican governor sitting on this explosive mess wants any of this coming out?

103.     The entire state of Hawaii sold out the United States for filthy lucre, because they were importing Asian slave labor for more than 30 years under the open door policy to build railroads and work the fields notwithstanding the Article 1 Section 9 U.S. Constitution prohibition.

104.     Plaintiff contends that the official Hawaiian elite's nightmare would be the removal of Soetoro under Quo Warranto and having 49 other states suing Hawaii for the money it would cost to check all of their records over the Hawaiian fraud – so be it let is start here.

105.     Hawaii has always been a corrupt enclave like Rhode Island.

106. Hawaii was the conduit in the Clinton years to get Chinese communists a stake in the United States Stock Market, to which Hawaii had the first meltdown in this scheme in costing their

Case 1:09-cv-01295-RJL   Document 1   Filed 07/13/2009   Page 24 of 31

Strunk , US Department of Commerce Bureau Census et al. DCD

investors a fortune and ruining their banks.

107. That is why Hawaii is in collusion with Barry Soetoro. They were involved in massive welfare fraud and do not want this coming out.

108. With this kind of background, in families being "informed" of the opportunities involved in engaging in illegal citizenship as tourists whether documented or undocumented, one Stanley Ann Dunham left Barry Soetoro in the Hawaiian system with Grandma Dunham.

109. Grandma Madelyn Dunham did earn some money in BankHo, her bank in Hawaii, but the prestigious school Barry got into was the same game that brought Barack Sr. to America on a free educational route too.

110. Birdie Barry Obama Soetoro was tapping into the welfare system of Hawaii, through his Grandparents who obtained foreign student loans to get him into Occidental College.

111. The place Soetoro was sent to school by the Dunhams, was like many of the colleges in that 1979 period in tapping into government resources of free money to "educate" foreigners.

112. And as the reader should know schools of this nature are conduits of establishing globalist outreach for foreign children to place them back there with an American outlook and of course saying schools of this nature act to dry clean of billions of dollars in funds in "research".

113. There are numerous studies linked to this gravy train of funds which flow into colleges and back into corporations whose equipment and services are purchased.

114. So the Dunhams were adept at illegal activities in scamming the American system, so it is a conclusion by what Birdie Barry Barack Hussein Obama ("Davis") Soetoro has been up to with his platoon of lawyers that he is covering something up.

115. Remember it is public information that Barry Obama Soetoro upon going into college became Barack Hussein Obama. Freemason / Liberals (i.e. Colin Powell, Jessie Jackson) have

Case 1:09-cv-01295-RJL    Document 1    Filed 07/13/2009    Page 25 of 31

Strunk    US Department of Commerce Bureau    Census et al. DCD

explained this away as, "Barack was more intellectual sounding". Not a chance, because what was

going on is this:

    a. A college career recruiter shows up and says, "Barry come to Occidental as you will have fun".

    b. Barry goes home and tells Gram Dunham he wants to go have fun. Either money is tight or the Dunhams are basic welfare swindlers and being cheap as they are, Gramma and Mama put their heads together and say, "Hey, we can get a free education if we dust off Barack sr. being a British subject."

    c. They tell Occidental that and Occidental says, "Great, but we need documentation".

    d. "Crapper in the wrapper", Stan and Mad say as all they got is a bogus Hawaiian birth certificate making him American.

    e. Then Stan and Mad remember that Barry was adopted by Indonesian Papa Soetoro.

    f. They tell Occidental this and provide Barry Soetoro school records from Indonesia and Occidental says, "Eureka, you have struck it rich pilgrims. There are golden grants in them Indonesian hills!"

    g. So Birdie becomes Barack and Occidental gets a big ole Obama grant to go with all their other foreign student federal grants they have been milking the system for at the behest of the globalists.

116. The problem now is Occidental never figured their scammer would produce a person in the

White House. See this system was designed to Americanize 3rd worlders with globalist nonsense

and then bury them back into Indonesia, Russia and Kenya to ruin those people's lives, not ours.

117. Occidental now has a huge problem as it engaged in federal student loan fraud which gave

them like many of these globalist programs huge bankrolls to profit off of in exchange for

Rothschild plans.

118. None of these geniuses ever suspected a scammer scamming the system would have a parent

who would eventually tap into the Ford Foundation money and fellow traveler contacts which

would start opening doors, including psychiatric research doors in reprogramming a Birdie dope

head in Columbia to become Barack the communist organizer of Chicago.

119. Stanley Ann Dunham got greedy in out of necessity. The problem is Stanley looks like she

embezzled funds from the non-profit Ford Foundation to give Birdie a jump start at life in making

Case 1:09-cv-01295-RJL    Document 1    Filed 07/13/2009    Page 26 of 31

Strunk    JS Department of Commerce Bureau ( _ensus et al. DCD

her young impetus mistake into her glory

120. Not for one moment though have the Rex Templars (under the Jesuit General), the Rothschilds nor Rockefellers ("globalists") not known Barry Soetoro is dripping wet with fraud.

121. The globalists know full well how precarious of position Obama is in. They know if this comes out the country will be in chaos and they know if Obama stays in office the continued economic attack on America will simply provide their conduit in establishing their global order. These financiers win no matter what as they have set this out to play out this way.

122. At the very least in this, Barack Obama is guilty of federal money fraud and it could end there for Obama in the foreign student loans IF he had not shown a pattern for the period from 1971 to at least 1982 in passing himself off as Barry Soetoro, resident of Indonesia as an adopted son from British Kenya all to tap into the American money supply. A normal moral person would never have gotten themselves into this mess, but Obama because of his programming has been plowing on in this using the shield of the patricians, globalists -including SMOM Zbignew Brezinski and George Schwartz (Soros), who created him as they are powerful and connected people.

123. Occidental College opens up the door to Barack Obama declaring in writing he is not American, but foreign. This progresses to Columbia in this fraud as Birdie at home with the racist base elements as he dope slides along, concludes he is owed a little summer vacation with his Pakistani buddies. Always the Dunham corner cutter, he goes into Pakistan once again on an Indonesian passport which signifies again Barack Obama is Indonesian as Americans could not get into Pakistan.

124. Barry Soetoro would have probably gotten away with the money fraud, if he had not been too cheap and decided he just had to flip the bird to the American system and get into Pakistan. Those records prove he is an affirmed triple citizen of British Kenya, Indonesia and America, if not

Strunk v. US Department of Commerce Bureau c Census et al. DCD

Canada registration too. Any part of which disqualifies him for President of the United States.

125 Birdie Obama Soetoro is like the crook who steals a million dollars, but has to go back and pick up the bank President's pen in greed and that is the 20 dollar item that gets him busted.

126. There are Federal records for these Barry Obama Soetoro applications for funding in the Department of Education. As of the Usurper is attempting to further smear George W. Bush in releasing Bush documents, to take the heat off of Birdie, the Dunham, Obama, Soetoro education files are now open to the Freedom of Information act as all papers associated with a President are, as Birdie Barry Barack Hussein "Davis" Obama Soetoro made this a presidential issue when he hired attorneys to cover up what was being hidden at Occidental College.

127. This is a matter for the Justice Department as it is money fraud of college funds and it is a matter for the Republican minority in Congress to demand and hold hearings investigating this; however it is also Plaintiff's duty to apprise the Court of this as it bears upon the equity relief demanded herein.

128. Those education loan records all exist and if someone destroyed them and they are missing, that spoliation is a federal crime of which Barack Obama is benefited by, as in he is then a guilty co conspirator in another felony.

129. If you get money from someone illegally, and someone else burns the papers protecting you, you are just as guilty as the person who lit the match.

130. That is how all of this ties together from Hawaiian welfare fraud, Occidental College student finance fraud and Barack Obama currency fraud defrauding the American public of funds and places of education for its own citizens, in Hawaii use of tourists with each decennial Census enumeration – it is a golden goose that keeps on giving as NYC and Mayor Bloomberg agree.

131. This is really a large issue of global scale and Barack Obama is the tip of the felony iceberg.

Someone is going to come forward with the papers which will light this up as it is in the globalists interests to do this. Plaintiff would be more than willing to submit a RICO Statement in this regard but not alone without the funds for which to respond to the torrent of paper fury that would follow – I leave such to the various state attorneys' general to do that.

132. The activities of the defendants amount to an unlawful prima facie tort.

133. That Defendants by unjust enrichment interfere with sovereign State Citizens right to a republican form of government and peaceful use of our sovereign nation have aided and abetted the injury of vote infringement against Citizens of the USA in violation of *Civil Rights Act*, the *Bivens* Case and subject to remedies and penalties under *Law*

134. That Defendants are a racketeering enterprise and by its conduct promote open borders and cause the conditions for unjust enrichment, have taken plaintiff's personal proprietary property in the form of proprietary suffrage rights and as damage to the class have forced tax dollars to be directed to the enterprise measured based upon the following categories and amounts developed at **www.Immigrationcounters.com** sources and the formulas, used in computing the figures shown on their website and include reports issued by government agencies and private organizations follows:

- a) Number of Illegal Aliens (Tourists) in U.S. .................... 21,218,615 Tourists
- b) Money Wired to Mexico Since Jan. 2006 thru 2007......... $42,363,149,000
- c) Cost of Social Services for Illegals since 1996 thru 2007. $397,480,946,017
- d) Children of Illegal Aliens (Tourists) in Public Schools .... 4, 184,824 Tourists
- e) Cost of Illegals in K-12 Since 1996 thru 2007................. $ 14,828,106,397
- f) Illegal Aliens (Tourists) Incarcerated .................................... 351,087 Tourists
- g) Cost of Incarceration since 2001 thru 2007....................... $ 1,477,239,843
- h) Illegal Alien Fugitives ...............................................................663,347 Tourists
- i) Anchor Babies since 2002 thru 2007..................2,148,175 native-born Tourists
- j) Skilled Jobs Taken by Tourists ........... ...............................10,232,441 Tourists

135. The plaintiff, and accommodation for being representative of a class of all citizens in Brooklyn, NYC, the State and of the various States, were damaged in an amount exceeding $x, which amount will be proven with certainty at the time of trial by jury.

Case 1:09-cv-01295-RJL    Document 1    Filed 07/13/2009    Page 29 of 31

Strunk v. US Department of Commerce Bureau c Census et al. DCD

136. Remedy and penalty as applies under *Civil Rights Act* pursuant to Title 42, the *Bivens* Case and the *Racketeering Influence Corrupt Organizations Act* under Title 18 U.S.C. Section 1965(c) and related law and equity.

**Wherefore,** Plaintiffs demand and prayer of equity relief by the Three Judge Panel as follows:

A.  A 28 USC §2284 Three Judge Panel be noticed.

B.  As a matter of imminent irreparable harm on the first cause of action a restraining order against any further census taking until a questionnaire is prepared to at least ask:. "Are you a citizen?" "Are you a permanent resident alien with a green card?"; and "Are there any other persons residing in the residence who are not and if so how many?"

C.  A preliminary hearing for permanent injunction.

D.  As a matter of imminent irreparable harm a declaratory judgment that according to the plenary power of Congress in U.S. Constitution Article 1 Section 8, "Tourists" per se as would be defined in the *Immigration and Naturalization Act of 1965* (INA) are not permanent residents, therefore, not counted in the Census for the purpose of the 2010 Census allotment of U.S. House representatives to the people of a state of the several states.

E.  As a matter of ongoing irreparable harm to Plaintiffs and those similarly situated as heretics including those members of the class of solely based American resident who at the creation of the 13th 14th and 15th Amendment were related to former slaves as a declaratory judgment of the actual State residence for the purpose of suffrage that Maryland be order to provide suffrage to the residents of the Washington DC in the election of the Maryland delegation and that Maryland shall received an increase in House membership proportionately based upon population at the 2010 Census enumeration and allotment.

F.  Appointment of a special master to deal with the census count.

Case 1:09-cv-01295-RJL    Document 1    Filed 07/13/2009    Page 30 of 31

Strunk    US Department of Commerce Bureau    Census et al. DCD

G.  As a matter of on-going irreparable harm on the fifth cause of action a restraining order against further use of invidious allegations that Strunk and those similarly situated are somehow extremists and domestic terrorists; and

H.  Consolidate this case with the matter of enforcement of the Logan Act as to the Jesuits, SMOM, Opus Dei and their agents, entitled *Strunk v. NYSJ et al.* DCD 09-cv-1249, as germane herein.

I.  Transfer the related case *Forjone et al. v. California et al.* of NDNY 06-cv-1002 to this District.

J.  Transfer the related case *Loeber et al. v. Spargo et al.* of NDNY 04-cv-1193 from an appeal case now awaiting a briefing schedule in 2nd Circuit to this District when ordered remanded.

K.  That the Court order reparations due Plaintiff and those similarly situated as heretics who have suffered irreparable spiritual and temporal injuries with damages as a result of malice of the Defendant Jesuits their agents and as agents of the Vatican Bank in the present value calculation amount of five Trillion Dollars since 1999 as it operated a ponzi scheme.

L.  That based upon the Special Masters report that there be a jury trial for recovery of damages in the matter of ongoing use of tourist as if citizens for the purposes of reimbursing the people of the State of New York and several state accordingly.

M.  The costs of this action along with attorney fees as to 42 USC §1988 if applicable, including those of the Special Master.

N.  Further and different relief as deemed necessary

Dated: July 9TH__, 2009

Brooklyn, New York

Respectfully submitted by:

Christopher-Earl : Strunk in esse
593 Vanderbilt Avenue – 281
Brooklyn, New York 11238
845-901-6767

Strunk . US Department of Commerce Bureau ⌣ . Census et al. DCD

### AFFIDAVIT OF VERIFICATION

**STATE OF NEW YORK )**
                            **) ss.:**
**COUNTY OF KINGS    )**

**Accordingly**, I, **Christopher –Earl : Strunk** , being duly sworn, depose and say:

I have read the foregoing matter of the 2010 Census Apportionment of House seats to disproportionately dilute and diminish the Vote Strength with **COMPLAINT with PETITION  for a 28 U.S.C. §2284 PANEL, TRO, INJUNCTION  with DECLARATORY JUDGMENT  for EQUITY RELIEF for** Plaintiff(s) and those similarly situated as heretics with seven causes of action with five exhibits annexed, and know the contents thereof and jus tertii effects those similarly situated with six causes of action, and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

**Christopher –Earl : Strunk**

**Sworn to before me this
the _9_ day of July 2009**

_____
**NOTARY PUBLIC**

MYRA J. HAILEY
Notary Public, State Of New York
No.01HA6038323
Qualified In Kings County
Commission Expires March 3, 20__