# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER EARL STRUNK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF COMMERCE, BUREAU OF THE )<br>CENSUS, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 09-1295 (RJL) |

## ORDER

The Maryland Province of the Society of Jesus and Father Timothy B. Brown, S.J., have filed a motion to dismiss [Dkt. #10], as has the State of Texas [Dkt. #16]. The plaintiff is advised that the Court will rule on the defendants' motions taking into consideration the facts proffered by him in the complaint, as amended, along with his response or opposition to the motions. Further, the plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Additionally, the plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would

1

otherwise expire....

Fed. R. Civ. P. 6(d).

The Court may treat as conceded any motion not opposed within the time limits outlined above. *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendants' motions in this case carries with it the risk that the case will be dismissed.

It is hereby

ORDERED that, on or before **September 18, 2009**, the plaintiff shall file his opposition or response to the defendants' motions to dismiss. If the plaintiff fails to respond timely, the Court may grant the defendants' motions as conceded.

SO ORDERED.

DATE: 9/2/09

RICHARD J. LEON
United States District Judge