# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x

Christopher-Earl: Strunk in esse and the CHRISTOPHER
(aka "CHRIS") STRUNK jus tertii People,
593 Vanderbilt Avenue – 281 Brooklyn New York 11238
845-901-6767            Plaintiffs            Civil No.: 09-cv-1295
                                              Hon. Richard J. Leon

v.

UNITED STATES DEPARTMENT OF COMMERCE
BUREAU OF THE CENSUS (BOC) et al.

                        Defendants.

------------------------------------------------------------x

**PLAINTIFF'S RESPONSE AFFIDAVIT IN OPPOSITION TO THE MOTION TO DISMISS THE COMPLAINT BY DEFENDANTS THE NEW YORK PROVINCE OF THE SOCIETY OF JESUS AND FR. GERALD CHOJNACKI, S.J.**

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF KINGS   )

**Accordingly**, I, **Christopher –Earl: Strunk**, being duly sworn, depose and say:

1. Affiant / Plaintiff Christopher-Earl: Strunk in esse, (Affiant, Strunk) hereby responds in opposition to the motion to dismiss the complaint by Defendants THE NEW YORK PROVINCE OF THE SOCIETY OF JESUS and Fr. Gerald Chojnacki, S.J. (and new Provincial Fr. David Ciancimino, S.J.) whose counsel's memorandum is dated August 6, 2009, in which the Court Order my response by September 11, 2009.

2. That Defendants' Counsel makes his living with habitual litigation, and characterizes Strunk as if he were frivolous or vexatious, which sounds in defamation; especially since Defendants' Counsel has not produced one court order that has ever held Strunk in contempt and or sanctioned as with FRCvP 11 or the equivalent in State Court.

1

RECEIVED
SEP 11 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Strunk v. US Department of Commerce Bureau of Census et al. DCD 09-cv-1295

3. New York is allot more complicated to live in than Washington D.C. evidently, notwithstanding the fact that some Judges prefer statutory cases and take exception to a non-attorney taking the food off of an attorney's plate, Strunk since 1995 has had no less than 30 civil cases as an injured single Plaintiff as of right, and or as Plaintiff / Intervener among one of many Plaintiffs / Defendants (as with the New York Judicial Association) in about 12 election / redistricting law related cases, and as well as a Defendant/ Respondent in three real property matters; Affiant's right to petition the government for redress of grievance under election law is guaranteed under the First Amendment in the New York Judicial system and even in Second Circuit still recognizes due process complexity of some problems we face in New York unlike Washington D.C. that maintains the pre-civil war condition of slavery without Federal suffrage.

4. Defendants' Counsel refers to multiple Election Law related and substantive due process / equal protection cases in which Affiant was the Plaintiff or one of several parties-in-interest:

   a. Affiant in NDNY 02-cv-926 was represented by counsel James Morgan, Esq. having to do with New York Election Law independent ballot access, thereafter became more complicated because of an error on the part of the Federal Judge then overturned by Second Circuit and went back to Court without an attorney;
   b. Affiant's first ever Federal case in EDNY challenged the capping of the seats of the U.S. House in 1929, along with the 2000 Census allotment (related to DCD 09-cv-1295) leading to the Democratic Party EDNY District Judge sua sponte rewrite of Affiant's Census Complaint to challenge the seating of the New York electoral College orchestrated to go before the Honorable Jack B. Weinstein;
   c. Affiant's intervention as a defendant on the side of the New York State Association of Supreme Court Justices in the EDNY case taken to Second Circuit 07-103-cv against the de Chardin New Age Communist / Brennan Center for Social Justice judge shopped case taken to Eastern District to have a District Judge legislate from the bench that went before the Socialists at Second Circuit to rubber stamp the District Legislation and for which Affiant was sustained in

   intervening when even the U.S. Supreme Court held against the Communists flooding Second Circuit;

d. in SDNY order taken to Second Circuit 06-4513-cv fighting the unconstitutional petition carrying Election Law requirements in which Carl E. Person, Esq. was attempting ballot access for Attorney General office and in which Affiant Intervened as a voter / petitioner;

e. Affiant intervened as a Defendant on the side of the New York Commission for Judicial Conduct, primarily because of attorney abuse of process as it relates to Jesuit Coadjutor Justice Thomas Spargo (who within the last week was convicted of extortion from the bench and received 20 years in prison);

f. Affiant intervener in the matter of Eliot Spitzer's / the Democratic Party grab to make the Green Party Democratic Party friendly used the EDNY case taken to Second Circuit 04-1085-cv against the de Chardin Communist / Brennan Center for Social Justice judge shopped case taken to Eastern District to have a District Judge legislate from the bench when in fact there was an insufficient case, Affiant / Intervener personally dragged all the other minor parties of New York into the case to create an equal protection solution for the District Judge who was in-search of a cause of action;

g. every case has a reason for me to intervene and especially in the case 03-cv-4123 as a whistleblower before the Honorable Jed Rakoff in that the attorneys for the plaintiff were committing a fraud upon the court in that they had just litigated exactly the same matter before a State Judge; however , where they could not get paid as under 42 USC 1988 instead ran to Federal Court without notifying the District judge of a <u>Rooker v Feldman</u> exception, and with my warning to Judge Rakoff he gave the Attorneys 24 hours to serve the New York State Attorney General under CPLR 1012 or else get sanctioned -

9¶ in short I have just cause when entering a court room as here as an altruistic public act, just as Defendants' Counsel does but for payment.

5. In the Response herein, the referenced cases above inform the Court that Strunk pursues his civic duty under election law substantive due process and equal protection issues as needed –

Strunk v. US Department of Commerce Bureau of Census et al. DCD 09-cv-1295

and that Affiant follows through nothing more nothing less; and as for Defendants' Counsel specious argument that somehow Strunk is a wide-eyed internet conspirator is totally absurd on its face given the facts proving Jesuit involvement in the creation of the esoteric levels of Freemasonry from 1688 onward, as Defendants also may read original books from Catholic and Masonic Reference Libraries in that regard including a small list I have personally reviewed:

> A Description of the Decorations of the Various Halls and Grand Banquet Room ... by Art Association, Pa.) Masonic Temple (Philadelphia - Temples - 1904 - 52 pages; A Ritual of Freemasonry: Illustrated by Numerous Engravings : to which is ... by Avery Allyn - Freemasonry - 1853 - 269 pages; A System of Speculative Masonry: In Its Origin, Patronage, Dissemination ... by Salem Town - Freemasonry - 1822 - 284 pages; Constitutions of the Free-masons: Containing the History, Charges ... by Freemasons, Albert Gallatin Mackey - Freemasonry - 1873 - 108 pages ; Cryptic Masonry: A Manual of the Council; Or, Monitorial Instructions in the ... Albert Gallatin Mackey - Freemasonry - 1897 - 155 pages; Freemasonry in the Holy Land;: Or, Handmarks of Hiram's Builders by Robert Morris - Freemasonry - 1876 - 608 pages , General History, Cyclopedia and Dictionary of Freemasonry: Containing an ... by Robert Macoy, George Oliver - Freemasonry - 1870 - 700 pages , Letters on the Masonic Institution by John Quincy Adams - Freemasonry - 1847 - 275 pages ; Masonic Biography and Dictionary: Comprising the History of Ancient Masonry ... by Augustus Row - Freemasonry - 1868 - 365 pages ; Masonic Constitutions, Or, Illustrations of Masonry by James Moore, Cary L. Clarke, Freemasons Grand Lodge of Kentucky - Freemasonry - 1818 - 218 pages ; Opinions on Speculative Masonry: Relative to Its Origin, Nature, and ... by James Creighton Odiorne - Freemasonry - 1830 - 280 pages ; Proceeding of the Royal Arch Masons of Canada 1898 - 785 pages ; Proceedings of the Annual Conclave of the Grand Commandery Knights Templar ... by Mississippi, Freemasons Utah Knights Templars, Grand Commandery, Knights Templars, Freemasons - Freemasonry - 1877 - 680 pages; Proceedings of the Annual Conclave of the Grand Commandery Knights Templar ... by Mississippi, Freemasons Utah. Knights Templars, Grand Commandery, Knights Templars, Freemasons - Freemasonry - 1900 - 801 pages ; Proceedings of the Annual Conclave of the Grand Commandery Knights Templar ... by Mississippi, Freemasons Utah. Knights Templars, Grand Commandery, Knights Templars, Freemasons - Freemasonry - 1885 - 761 pages ; Scarlet Book of Free Masonry: Containing a Thrilling and Authentic Account ... by Moses Wolcott Redding - Freemasonry - 1885 - 544 pages ; Some of the Beauties of Free-masonry: Being an Extract from Publications ... by Joshua Bradley - Freemasonry - 1816 - 318 pages ; Standard Ahiman Rezon and Blue Lodge Guide by Moses Wolcott Redding - Freemasonry - 1889 - 342 pages ; Tactics and Manual for Knights Templars: Sword and Bugle Signals, Rules for ... by H. B. Grant - Freemasonry - 1882 - 397 pages ; The Antiquities of Free-masonry: Comprising Illustrations of the Five Grand ... by George Oliver - Freemasonry - 1823 - 366 pages ; The book of the lodge; or, Officer's manual by George Oliver - Freemasonry - 1849 ; The Four Old Lodges, Founders of Modern Freemasonry, and Their Descendants ... by Robert Freke Gould - Freemasonry - 1879 - 82 pages ; The Freemason's Monitor: Or Illustrations

of Masonry by Thomas Smith Webb, Robert Morris - Freemasonry - 1859 - 398 pages ; The Freemasons' Library and General Ahiman Rezon: Containing a Delineation ... by Samuel Cole - Freemasonry - 1817 - 332 pages ; The historical landmarks and other evidences of freemasonry, explained, a ... by George Oliver - Freemasonry - 1846 ; The Masonic Ladder by John Sherer - Freemasonry - 1866 - 268 pages ; The Masonic Manual: Or, Lectures on Freemasonry, Containing the Instructions ... by Jonathan Ashe - Freemasonry - 1855 - 208 pages ; The Masons as Makers of America: The True Story of the American Revolution by Madison Clinton Peters - United States - 1917 - 80 pages ; The Master Mason's Guide: Containing All the Monitorial Instruction in Blue ... by A. J. Utley - Freemasonry - 1865 - 192 pages ; The Master Workman; Or, True Masonic Guide: Containing Elucidations of the ... by Henry Clinton Atwood - Freemasonry - 1850 - 360 pages ;The Mystic Chord: A Collection of Masonic Odes and Melodies for the ... by Chester W. Mabie - Freemasonry - 1897 - 109 pages ; The New Free-mason's Monitor, Or, Masonic Guide: For the Direction of ... by James Hardie - Freemasonry - 1819 - 346 pages ; The Origin of Freemasonry: The 1717 Theory Exploded by Chalmers Izett Paton - 1871 - 61 pages ; The Revelations of a Square by George Oliver - Freemasonry - 1855 ; The True Ahiman Rezon, Or, A Help to All that are Or Would be Free and ... by Laurence Dermott - Freemasonry - 1805 - 276 pages ; The True Masonic Chart: Or Hieroglyphic Monitor; Containing All the Emblems ... by Jeremy Ladd Cross - Freemasonry - 1826 - 240 pages ; The Universal Masonic Library: A Republication in Thirty Volumes of All the ... by George Oliver - Freemasons - 1856 - 370 pages- Volume 4 ; etc... plus Catholic Publications themselves including the encyclicals of the various Pope and Spiritual exercises of Ignatius Loyola himself long before the existence of the Internet the writing s of Thomas Aquinas on Natural Law; **Saint Thomas More's** *Utopia*, published in 1516; the Catholic Encyclopedia, Copyright 1908, ; the Catholic Encyclopedia, Copyright 1912; and more... including various court cases.

6. As the Record on the dockets shows the New York Jesuits are incorporated for their members, and that discovery will show the actual Constitution of the Jesuit order as defined existing in a French court case exists is not on file as it must be; and that its membership exceeds 19 sworn members in New York are not exempt from filing under the onerous requirements of New York Law; and that Northern New Jersey jurisdiction once with the Maryland Province is given to the authority of the New York Province.

7. That all Jesuits live by their constitution and have taken vows similar to marriage vows (see from the NYSJ website that five more novice Jesuits took vows at Exhibit A); and is part of the multi-level oath of their secret extreme oath exposed in the Congressional record, see **Exhibit B**, that for good reason is secret being against public policy as a blood oath binding each

affiant till death to carry forward the Inquisition against schismatics, obstinate heretics and heretics, the oaths are not on file with New York.

8. That Affiant alleges Defendants are infringing upon his actual suffrage and first amendment and guarantee of a republican form of government rights, and that by my expert Witness testimony of Eric-Jon: Phelps in esse will show and includes in the copy of the Affidavit (see **Exhibit C**) that:

> "That on or about January 10, 1984 President Reagan, by Executive Order, recognized the Vatican as a sovereign political state exchanging diplomats thereby laying the legal groundwork for the signing of a treaty—a Concordat—with Rome, as did Roman Catholic, Jesuit-advised, Knight of Malta-backed military dictators Adolf Hitler, Benito Mussolini and Francisco Franco;
>
> That as a result of said Executive Order issued by President Reagan (having chosen at least six Knights of Malta to conduct his administration), the Society of Jesus is acting in concert serving a foreign sovereign (the Pope of Rome) ruling a sovereign state, (Vatican City)—exclusive of all other considerations—intending to submit the American peoples to a socialist-communist or socialist-fascist military dictator secretly loyal to the "Vicar of Christ;"
>
> That the Jesuit Provincial of the New York Province for the Society of Jesus, David Ciancimino, manages and oversees the centralized wealth and economic power of the American Empire through his control of the Federal Reserve Bank of New York City (which houses over 600,000 gold bricks), JPMorgan Chase, Bank of America, etc., as well as Wall Street, the Stock Market and the Securities and Exchange Commission first headed by Knight of Malta Joseph P. Kennedy, the foremost short-seller of stock in 1929 precipitating the Stock Market Crash and Great Depression;
>
> The absolute power of the Jesuit Order over Pope Benedict XVI's thirteen American Roman Cardinal Archbishops includes the former president of Fordham University, CFR member and Professed Jesuit priest under extreme oath of the fourth vow Joseph A. O'Hare. The immediate foot soldiers of the American Cardinals include Knights of the Sovereign Military Order of Malta (CFR member and President Regan's Secretary of State, Alexander M. Haig, Jr., whose brother, Francis Haig, is a powerful Jesuit priest under extreme oath of the fourth vow; CFR member and President Reagan's National Security Advisor, Richard V. Allen; etc.); the Knights of St. Gregory (CFR member and Fox News mogul Rupert Murdoch, etc.); the Knights of Columbus (CFR-affiliated House Majority Leader John Boehner, Supreme Court Justice Samuel Alito, etc.) and Opus Dei (CFR-affiliated Supreme Court Justice Antonin Scalia, former Director of the FBI Louis Freeh, convicted American spy for the Russian KGB/SVR, FBI counterintelligence officer Robert Philip Hanssen, etc.); "

9. That Affiant alleges that for whatever reason State Officials are in a conspiracy with NYSJ Defendants interfere with Affiant's suffrage and speech rights along with those similarly

situated liberty to have a republican form of government free from interference by the Jesuits as agent s of the Vatican State, and with state action as defined under 42 USC 1985(3) with 42 USC 1986 neglect by the State.

10. That Catholic Governor Paterson is under the control of the NYSJ Defendants directly by his chief of staff exposed as a member of the NYSJ Defendant entity;

11. That by the fact of the due process associated with election of the Prince of the Papal Vatican state all members through election of the electoral college indirectly elect the pope just as we do the president, also register and vote in New York local and national elections thereby infringing upon Affiant's proprietary vote property along with those similarly situated;

12. That the actual or honorary diplomatic delegation of Jesuits as lecturers and professors in Jesuit / Catholic and or New York state or other private teaching institutions spread noxious dogma and "New Age" revolutionary philosophy injuring and interfering with Affiant's life and liberty along with those similarly situated;

13. Notwithstanding whether or not the Logan Act has ever been implemented Affiant has standing to sue with 18 USC 1965(c) or otherwise, and whether or not Defendants' Counsel infers that somehow Logan is dead-letter, which the Logan Act is not; and that Affiant Strunk has a righteous cause of action herein because beyond the fact that Defendants Provincial and NYSJ and or its membership are not protected under the *NYS Beneficial Orders Law* and as such must comply with the filing requirements of *the New York State Civil Rights Statute Chapter 6 Article 5-A* are a New York Corporate entity must comply with local laws, more importantly there was a jackpot condition setup on January 10, 1984 when then President Reagan (for whatever reason) recognized the Vatican State and Holy See as a Sovereign entity with treaties impacting such act, began the exchange of diplomats activating the terms of the Vienna Convention on Consular Relations (1963) (see a highlighted copy **Exhibit D**), and the related

Law of Treaties of 1969 and the Vienna Convention on Diplomatic Relations of 1961, in that the NYSJ Defendants along with those similarly situated with oath of allegiance to the Vatican State are violating the following provision of the Vienna Convention on Consular Relations as follows:

*Article 19 Appointment of members of consular staff* - 2.The full name, category and class of all consular officers, other than the head of a consular post, shall be notified by the sending State to the receiving State in sufficient time for the receiving State, if it so wishes, to exercise its rights under paragraph 3 of article 23.

*Article 20 Size of the consular staff* - In the absence of an express agreement as to the size of the consular staff, the receiving State may require that the size of the staff be kept within limits considered by it to be reasonable and normal, having regard to circumstances and conditions in the consular district and to the needs of the particular consular post.

*Article 22 Nationality of consular officers* - 1.Consular officers should, in principle, have the nationality of the sending State. 2.Consular officers may not be appointed from among persons having the nationality of the receiving State except with the express consent of that State which may be withdrawn at any time.

*Article 32 Exemption from taxation of consular premises-* 2.The exemption from taxation referred to paragraph 1 of this article shall not apply to such dues and taxes if, under the law of the receiving State, they are payable by the person who contracted with the sending State or with the person acting on its behalf.

*Article 43 Immunity from jurisdiction* - 1.Consular officers and consular employees shall not be amenable to the jurisdiction of the judicial or administrative authorities of the receiving State in respect of acts performed in the exercise of consular functions. 2.The provisions of paragraph 1 of this article shall not, however, apply in respect of a civil action either: (a) arising out of a contract concluded by a consular officer or a consular employee in which he did not contract expressly or impliedly as an agent of the sending State; or ...

*Article 49 Exemption from taxation-* 1.Consular officers and consular employees and members of their families forming part of their households shall be exempt from all dues and taxes, personal or real, national, regional or municipal, except: (a) indirect taxes of a kind which are normally incorporated in the price of goods or services; (b) dues or taxes on private immovable property situated in the territory of the receiving State, subject to the provisions of article 32; (c) estate, succession or inheritance duties, and duties on transfers, levied by the receiving State, subject to the provisions of paragraph (b) of article 51; (d) dues and taxes on private income, including capital gains, having its source in the receiving State and capital taxes relating to investments made in commercial or financial undertakings in the receiving State; (e) charges levied for specific services rendered; (f) registration, court or record fees, mortgage dues and stamp duties, subject to the provisions of article 32.

*Article 55 Respect for the laws and regulations of the receiving State* - 1.Without prejudice to their privileges and immunities, it is the duty of all persons enjoying such privileges and immunities to respect the laws and regulations of the receiving State. They also have a duty not to interfere in the internal affairs of the State.

*Article 57 Special provisions concerning private gainful occupation* - 1.Career consular officers shall not carry on for personal profit any professional or commercial activity in the receiving State. 2.Privileges and immunities provided in this chapter shall not be accorded: (a) to consular employees or to members of the service staff who carry on any private gainful occupation in the receiving State; (b) to members of the family of a person referred to in subparagraph (a) of this paragraph or to members of his private staff; (c) to members of the family of a member of a consular post who themselves carry on any private gainful occupation in the receiving State.

*Article 71 Nationals or permanent residents of the receiving State* - 1.Except insofar as additional facilities, privileges and immunities may be granted by the receiving State, consular officers who are nationals of or permanently resident in the receiving State shall enjoy only immunity from jurisdiction and personal inviolability in respect of official acts performed in the exercise of their functions, and the privileges provided in paragraph 3

of article 44. So far as these consular officers are concerned, the receiving State shall likewise be bound by the obligation laid down in article 42. If criminal proceedings are instituted against such a consular officer, the proceedings shall, except when he is under arrest or detention, be conducted in a manner which will hamper the exercise of consular functions as little as possible. 2.Other members of the consular post who are nationals of or permanently resident in the receiving State and members of their families, as well as members of the families of consular officers referred to in paragraph 1 of this article, shall enjoy facilities, privileges and immunities only insofar as these are granted to them by the receiving State. Those members of the families of members of the consular post and those members of the private staff who are themselves nationals of or permanently resident in the receiving State shall likewise enjoy facilities, privileges and immunities only insofar as these are granted to them by the receiving State. The receiving State shall, however, exercise its jurisdiction over those persons in such a way as not to hinder unduly the performance of the functions of the consular post.

14. That Affiant contends that there is only one way to leave the service of the Vatican State, at room temperature feet first, however in New York established by Carl E. Person, Esq. in a suit for a Jesuit wishing to divorce the Vatican State, in that he established such may be done by using the Domestic Relations Law for such divorce and because of the nature of the Jesuit oath like being a member of the CIA may never leave without a secret codicil or else death.

15. That Affiant has an Original Proceeding in the District of Columbia Circuit for a writ of mandamus under FRAP Rule 21 for an Order of the United States District Court for the District of Columbia to Recuse the district Judge in 08-cv-2234, 09-cv-1249, and 09-cv-1295 with investigation of District Clerk's Office with 28 U.S.C. §455 and related law in its entirety; and the package is to be served along with this response to Defendants' Counsel.

16. The Ratification of the Constitution by the People of New York July 26, 1788, declared:

> "That all Power is originally vested in and consequently derived from the People, and that Government is instituted by them for their common Interest Protection and Security.
>
> "That the enjoyment of Life, Liberty and the pursuit of Happiness are essential rights which every Government ought to respect and preserve.
>
> *That the Powers of Government may be reassumed by the People, whensoever it shall become necessary to their Happiness*; that every Power, Jurisdiction and right, which is not by the said Constitution clearly delegated to the Congress of the United States, or the departments of the Government thereof, remains to the People of the several States, or to their respective State Governments to whom they may have granted the same; ...
>
> **That the People have an equal, natural and unalienable right, freely and peaceably to Exercise their Religion according to the dictates of Conscience, and that no Religious Sect or Society ought to be favoured or established by Law in preference of others."**

Strunk v. US Department of Commerce Bureau of Census et al. DCD 09-cv-1295

Wherefore, Affiant prayer of relief of the Court is for an order:

I. Denying Defendants Motion to Dismiss.
II. That Defendants and each John and Jane Doe member and XYZ entity doing business in New York show cause why each should not conform and be subject to:
    a. to the contract provisions of New York law as to its members in the New York Province of the Society of Jesus, Inc.;
    b. the provisions of the Logan Act and related law;
    c. to the provisions the Vienna Convention on Consular Relations;
    d. restraint of suffrage in New York and at united States Elections as voluntary honorary members of the Consular staff under the Vienna Conventions interfering with receiving state internal affairs;
III. That Defendants and Provincial be restrained from interference with the New York Federal Reserve Bank and commerce;
IV. That Defendants and Provincial be restrained from interference with the relationship between the Vatican and USA;
V. That this matter be consolidated with Strunk v New York Province of the Society of Jesus et al. 09-cv-1249;
VI. and for further and different relief as the Court deems necessary.

I have read the foregoing in regards to enforcement of New York law and the Logan Act in lieu of the secession of the People of the New York from the Union with the united States of America as of right by and for the **CHRIS STRUNK** jus tertii People of New York, **and** have read the foregoing matter of the 2010 Census Enumeration for the Allotment of House seats to disproportionately dilute and diminish the Vote Strength with COMPLAINT with PETITION for a 28 U.S.C. §2284 PANEL, TRO, INJUNCTION with DECLARATORY JUDGMENT for EQUITY RELIEF for Plaintiff(s) and those similarly situated as heretics with seven causes of action with five exhibits annexed, and know the contents thereof and jus tertii effects those similarly situated with six causes of action, and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

                                                        Christopher –Earl : Strunk ©in esse

**Sworn to before me this the ___ day of September 2009**

MATTHEWS HUGGINS
Notary Public, State of New York
No. 01HU6103403
Qualified in Kings County
Commission Expires Dec. 29, 20//

NOTARY PUBLIC

United States District Court for the District of Columbia

In Case - Strunk v DOC Bureau of Census et al. DCD 09-cv-1295

**CERTIFICATE OF SERVICE**

On September 10, 2009, I, Christopher Earl Strunk, declare and certify under penalty of perjury pursuant to 28 USC 1746,

That I caused the service of five (5) copies of Christopher-Earl: Strunk© in esse, PLAINTIFF'S RESPONSE AFFIDAVIT IN OPPOSITION TO THE MOTION TO DISMISS THE COMPLAINT BY DEFENDANTS THE NEW YORK PROVINCE OF THE SOCIETY OF JESUS AND FR. GERALD CHOJNACKI, S.J. in 09-cv-1295 with supporting affidavit and exhibits annexed affirmed September 8, 2009, and each complete set was placed in a sealed folder properly addressed with proper postage for USPS Delivery Confirmation when served by USPS mail upon:

Brigham John Bowen, Assistant U.S. Attorney
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530
Confirmation # **03090330000186517190**

John Marcus McNichols, Esq.
WILLIAMS & CONNOLLY, LLP
725 12th Street, NW
Washington, DC 20005
Confirmation # **03090330000186517121**

John Michael Bredehoft, Esq.
KAUFMAN & CANOLES, P.C.
150 West Main Street – P.O. Box 3037
Norfolk, VA 23514
Confirmation # **03090330000186517114**

Ms. Jennifer M. Olkiewicz
Assistant General Counsel
Office of the General Counsel
U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Investigation
935 Pennsylvania Ave., NW Room PA-400
Washington, DC 20535
Confirmation # **03090330000186517206**

Ms. Maria J. Rivera, Esq.
TEXAS OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, TX 78711
Confirmation # **03090330000186517213**

I do declare and certify under penalty of perjury

Dated: September 10, 2009
Brooklyn, New York

Christopher- Earl : Strunk