IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER EARL STRUNK, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, BUREAU OF THE CENSUS, *et al.*, <br><br> Defendants. | Case No. 1:09cv1295-RJL |

## REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

Pursuant to Local Civil Rule 7(d), Defendants Maryland Province of the Society of Jesus ("the Maryland Province") and Timothy B. Brown, by and through the undersigned counsel, respectfully submit this Reply Brief in Support of their Motion to Dismiss the Complaint filed by Plaintiff Christopher Earl Strunk.

## ARGUMENT

On July 13, 2009, Plaintiff Strunk filed suit in this Court claiming that the U.S. Census Bureau's alleged practice of including "tourists" in the U.S. population count would, after the next decennial Census in 2010, result in a loss of Congressional seats for the State of New York and a consequent dilution of the impact of his vote. *E.g.*, Compl. ¶¶ 14, 25. The Maryland Province and Fr. Timothy Brown, two of the named Jesuit Defendants, thereupon moved to dismiss Strunk's claims against them on the following three grounds:

(1) that an individual citizen like Strunk lacks standing to challenge the counting of particular persons in a pending Census, *see FAIR v. Klutznick*, 486 F. Supp. 564, 566 (D.D.C. 1980);

(2) that Strunk had failed to identify any law that would be broken if tourists were counted as he alleged; and

1

  (3)  that with respect to the Jesuits, Strunk's allegations consisted entirely of anti-Catholic conspiracy theories rather than plausible facts as required by Rules 8 and 12, Fed. R. Civ. P.

Defs.' Mem. Supp. Mot. Dismiss at 4-8.

In his recently-served[1] 26-page "Response Declaration in Opposition to the Motion to Dismiss" [hereinafter "Decl. Opp."], Strunk fails to address any of these fatal deficiencies. Instead, he amplifies and compounds the farfetched claims of his Complaint, alleging, *inter alia*, that "the Society of Jesus is acting in concert serving a foreign sovereign (the Pope of Rome) … intending to submit the American peoples to a socialist-communist or socialist-fascist military dictator secretly loyal to the 'Vicar of Christ.'" Decl. Opp. ¶¶ 10. Strunk also includes several pages of verbatim passages from the online Wikipedia entries for, among others, (i) Pope Paul VI; (ii) Propaganda Due; (iii) Jacques Maritain; (iv) "community organizing"; and (v) ACORN, *e.g.*, *id.* at pp. 10-17 & nn.1-4, 7, and alleges that the American people have been reduced to slavery by the Social Security System, which, he contends, is administered by the Queen of England, *id.* ¶¶ 43-47 & n.11.

From such a response, it is clear that Strunk—a highly experienced *pro se* litigant, *see* Def. N.Y. Prov. Soc. Jesus Mem. Supp. Mot. Dismiss (Docket #14, Aug. 6, 2009) at 5-7—has chosen simply to disregard the rule that a claim for relief must be "plausible on its face," *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2008), and cannot merely "tender[] naked assertions devoid of further factual enhancement," *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949

---

[1] By Order dated September 2, 2009, the Court directed Plaintiff Strunk to file an opposition to Defendants' Motion to Dismiss on or before September 18, 2009 or risk the Court granting the Motion as conceded. Plaintiff Strunk served the above-mentioned "Response Declaration in Opposition" on the undersigned counsel for the Maryland Province and Fr. Brown by e-mail on September 17, 2009, but that document does not, as of the filing of this Reply Brief, appear on the Docket Report for this matter. If no opposition has been timely filed, even after allowing an additional three days for mailing pursuant to Rule 6(d), Fed. R. Civ. P., the Court should grant the Motion as conceded.

(2009). Accordingly, the Maryland Province and Fr. Brown request that the Court dismiss his claims against them with prejudice.

>
> Respectfully submitted,
>
> MARYLAND PROVINCE OF THE
> SOCIETY OF JESUS and FR. TIMOTHY
> B. BROWN, S.J.
>
> By Counsel
>
>
> _____/s/_____
> John M. McNichols
> D.C. Bar No. 490479
> *Attorney for Defendants Maryland Province
> of the Society of Jesus and Fr. Timothy B.
> Brown, S.J.*
> WILLIAMS & CONNOLLY LLP
> 725 12th Street, N.W.
> Washington, D.C. 20005
> (202) 434-5000 (T)
> (202) 434-5029 (F)
> jmcnichols@wc.com
>
>
> Date: September 22, 2009

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September 2009, I will electronically file the foregoing Reply Brief in Support of Motion to Dismiss with the Clerk of Court using the CM/ECF system, which will then send a Notification of Electronic Filing to the following:

> John M. Bredehoft, Esq.
> Kaufman & Canoles, P.C.
> 150 West Main Street
> Norfolk, VA 23510
> jmbredehoft@kaufcan.com
>
> Maria J. Rivera, Esq.
> Texas Office of the Attorney General
> P.O. Box 12548
> Austin , TX 78711
> (512) 475-4099
> maria.rivera@oag.state.tx.us

I further certify that I will send the same by U.S. Mail to the following non-filing users:

> Christopher-Earl: Strunk
> Christopher (aka "Chris") Strunk
> 593 Vanderbilt Avenue - 281
> Brooklyn, NY 11238

                                                          /s/
                                          John M. McNichols
                                          D.C. Bar No. 490479
                                          *Attorney for Defendants Maryland Province of the Society of Jesus and Fr. Timothy B. Brown, S.J.*
                                            WILLIAMS & CONNOLLY LLP
                                            725 12th Street, N.W.
                                            Washington, D.C.  20005
                                            (202) 434-5000 (T)
                                            (202) 434-5029 (F)
                                            jmcnichols@wc.com