UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CHRISTOPHER EARL STRUNK,            )
                                    )
            Plaintiff,              )
                                    )
v.                                  )      Civil Action No. 09-1295 (RJL)
                                    )
UNITED STATES DEPARTMENT            )
OF COMMERCE, BUREAU OF THE          )
CENSUS, *et al.*,                   )
                                    )
            Defendants.             )
_____)

**ORDER GRANTING FEDERAL DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

THIS CAUSE comes before the Court upon the Federal Defendants' motion to dismiss Plaintiff's complaint.

UPON CONSIDERATION of the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the motion is GRANTED. The Federal Defendants are hereby DISMISSED from this case.

DONE AND ORDERED in Chambers, in Washington, District of Columbia, this ____ day of _____, 20__.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE