IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER EARL STRUNK,**<br><br>                              Plaintiff,<br><br>   v.<br><br>**UNITED STATES DEPARTMENT OF COMMERCE, BUREAU OF THE CENSUS,** *et al.***,**<br><br>                              Defendants. | Case No. 09-cv-01295 (RJL) |

## **DEFENDANT STATE OF CALIFORNIA'S MOTION TO DISMISS**

For the reasons set forth in the accompanying memorandum, defendant State of California, by and through its undersigned counsel, respectfully moves this Court pursuant to Rules 12(b)(1)(2) and (6) of the Federal Rules of Civil Procedure to dismiss all of Plaintiff's claims.

Dated:  September 28, 2009             Respectfully submitted,

                                                            EDMUND G. BROWN JR.
                                                            Attorney General of California
                                                            DOUGLAS J. WOODS
                                                            Supervising Deputy Attorney General

                                                            /s/ Seth E. Goldstein
                                                            SETH E. GOLDSTEIN
                                                            Deputy Attorney General
                                                            California Bar No. 238228
                                                            California Office of the Attorney General
                                                            1300 I Street, Suite 125
                                                            P.O. Box 944255
                                                            Sacramento, CA  94244-2550
                                                            Telephone:  (916) 327-2364
                                                            Fax:  (916) 324-8835
                                                            Seth.Goldstein@doj.ca.gov
                                                            *Attorneys for Defendant State of California*