IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER EARL STRUNK,**<br><br>                            Plaintiff,<br><br>      **v.**<br><br>**UNITED STATES DEPARTMENT OF COMMERCE, BUREAU OF THE CENSUS,** *et al.*,<br><br>                         Defendants. | Case No. 09-cv-01295 (RJL) |

## <u>PROPOSED ORDER</u>

The matter came before the Court on defendant State of California's Motion to

Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1)(2) and (6).

For the reasons stated in the motion and accompanying memorandum, and for good

cause shown,

It is hereby **ORDERED** that defendant State of California's Motion to Dismiss is

**GRANTED.**

It is **FURTHER ORDERED** that all claims in this matter against the State of

California are hereby **DISMISSED** with prejudice.

The Clerk is directed to send a copy of this Order to all counsel of record.


                                                   _____
                                                   Richard J. Leon
                                                   United States District Judge