# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Christopher Earl Strunk, *et al.* v. United States Department of Commerce, Bureau of the Census, *et al.***

No.: **09-cv-01295 (RJL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 28, 2009, I served the attached **DEFENDANT STATE OF CALIFORNIA'S MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT STATE OF CALIFORNIA'S MOTION TO DISMISS; and PROPOSED ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Christopher Earl Strunk
593 Vanderbilt Avenue
Apartment 281
Brooklyn, NY 11238
Phone: (845) 901-6767
*Pro Se, Plaintiff*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 28, 2009, at Sacramento, California.

| Rowena Aquino | /s/ Rowena Aquino |
|---|---|
| Declarant | Signature |

SA2009102166
10494129.doc