IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER EARL STRUNK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:09cv1295-RJL |
| UNITED S TATES DEPARTMENT OF COMMERCE, BUREAU OF THE CENSUS, *et al.*, | ) |
| Defendants. | ) |

## MOTION TO DISMISS

For the reasons set forth in the accompanying Memorandum, defendants City of New York and Michael Bloomberg, Mayor of the City of New York (together, the "NYC Defendants"), by and through the undersigned counsel, respectfully move this Court pursuant to Rule 12(b), FED. R. CIV. P., to dismiss all Counts of the Complaint filed by Plaintiff Christopher Earl Strunk.

Respectfully submitted,

/s/ J. Gerald Hebert_____

J. GERALD HEBERT
Law Offices of J. Gerald Hebert, P.C.
191 Somervelle Street, Suite 405
Alexandria, VA 22304
(703) 628-4673 (office)
hebert@voterlaw.com
DC Bar No. 447676

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
100 Church Street
Room 2-126
New York, New York  10007
(212) 788-0849
(212) 788-8877 (fax)
SKitzing@law.nyc.gov

By: /s/ Stephen Kitzinger
    Stephen Kitzinger
    Assistant Corporation Counsel

    Date: October 2, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2009, I electronically filed the foregoing Motion to Dismiss, Supporting Memorandum of Law, and Proposed Order with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

>John M. Bredehoft, Esq.
>Kaufman & Canoles, P.C.
>150 West Main Street
>Norfolk, VA  23510
>jmbredehoft@kaufcan.com
>
>John M. McNichols, Esq.
>Williams & Connolly, LLP
>725 12th Street, N.W.
>Washington, D.C.  20005
>jmcnichols@wc.com
>
>Wynne Patrick Kelly
>US Attorney's Office
>555 Fourth Street
>Washington, D.C.  20530
>
>Seth Eden Goldstein
>State of California
>Office of the Attorney General
>1300 I Street
>Sacramento, CA  95814
>
>Maria J. Rivera
>Texas Office of the Attorney General
>P.O. Box 12548
>Austin, TX  78711

I further certify that I sent the same by U.S. Mail, postage prepaid, to the following non-filing user:

>Christopher Earl Strunk
>Christopher (aka "Chris") Strunk
>593 Vanderbilt Avenue – 281
>Brooklyn, NY  11238

/s/ Stephen Kitzinger
Stephen Kitzinger
Assistant Corporation Counsel
(admitted *pro hac vice*)
New York City Law Department
Attorney for Defendants Bloomberg
  and the City of New York
100 Church Street
Room 2-126
New York, New York  10007
(212) 788-0849
(212) 788-8877 (fax)
SKitzing@law.nyc.gov