IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER EARL STRUNK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:09cv1295-RJL |
| UNITED S TATES DEPARTMENT OF COMMERCE, BUREAU OF THE CENSUS, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF APPEARANCE

**PLEASE** enter the appearance of the undersigned on behalf of defendants City of New York and Michael Bloomberg, Mayor of the City of New York in the above titled action.

Respectfully submitted,

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
100 Church Street
Room 2-126
New York, New York  10007
(212) 788-0849
(212) 788-8877 (fax)
SKitzing@law.nyc.gov

By:   s/Stephen Kitzinger
        Stephen Kitzinger
        Assistant Corporation Counsel
        (admitted *pro hac vice*)

Date:   October 29, 2009

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2009, I will electronically file the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

> John M. Bredehoft, Esq.
> Kaufman & Canoles, P.C.
> 150 West Main Street
> Norfolk, VA  23510
> jmbredehoft@kaufcan.com
>
> John M. McNichols, Esq.
> Williams & Connolly, LLP
> 725 12th Street, N.W.
> Washington, D.C.  20005
> jmcnichols@wc.com
>
> Wynne Patrick Kelly
> US Attorney's Office
> 555 Fourth Street
> Washington, D.C.  20530
>
> Seth Eden Goldstein
> State of California
> Office of the Attorney General
> 1300 I Street
> Sacramento, CA  95814
>
> Maria J. Rivera
> Texas Office of the Attorney General
> P.O. Box 12548
> Austin, TX  78711

I further certify that I will send the same by U.S. Mail, postage prepaid, to the following non-filing user:

>Christopher-Earl: Strunk
>Christopher (aka "Chris") Strunk
>593 Vanderbilt Avenue – 281
>Brooklyn, NY  11238

s/Stephen Kitzinger
Stephen Kitzinger
Assistant Corporation Counsel
(admitted *pro hac vice*)
New York City Law Department
Attorney for Defendants Bloomberg
  and the City of New York
100 Church Street
Room 2-126
New York, New York  10007
(212) 788-0849
(212) 788-8877 (fax)
SKitzing@law.nyc.gov

2